#058500

ORIGINAL

FILED
AUG 2 2 2003
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #: 03-1988T

JUDGE________________________

RICHARD FUSELIER, Petitioner

vs

UNITED STATES, Respondent

---

# A COMPLAINT FOR REFUND JOINED WITH AN APPLICATION FOR HABEAS CORPUS RELIEF WITH A MOTION TO NOTICE INTERESTED PARTIES

## JURISDICTION

I.

The courts jurisdiction for a claim of a privilege of habeas corpus against the United States joined with the claim for a refund is Title 28, U.S.C., section 1346 (a)(1) and (2).

II.

The statutory authority for this suit is Title 28, U.S.C., section 2502 (a) and (b) as this is a proceeding by a citizen of a foreign state.

## VENUE

III.

The venue of the proceeding is further set in the United States Court of Federal Claims as a court of competent jurisdiction for the purpose of claiming a federally protected privilege of habeas corpus relief and to stay the judicial power of the United States.

## STATEMENT OF CLAIM

IV.

The petitioner filed a third party claim to a refund for the year of 1999.

V.

The secretary reviewed the claim without observance of procedure required by law.

VI.

The insufficiency of process by the secretary resulted in a denial of the refund.

VII.

The petitioner has an interest in the money due in the refund action as hereinafter further appears.

DEMAND FOR JUDGMENT

VIII.

The petitioner is demanding the privilege of habeas corpus relief on preliminary issues.

IX.

The demand is for a summary hearing with evidence on the motions required to support habeas corpus relief including the following issues:

1. Motion for leave to file.
2. Notice to interested parties.
3. Joinder of necessary parties.
4. Joinder of remedies of habeas corpus and a complaint for a refund, damages and cost.
5. Full faith and credit for the laws of the several states.

X.

The petitioner is filing the complaint for damages resulting from insufficiency of process in the refund proceeding.

XI.

The petitioner is further claiming money due for cost and fees for prosecution of the refund proceeding.

PLEADING SPECIAL MATTERS

X.

The petitioner hereby adopts "Pleading Special Matters #1, #2 and #3by reference herein in support of the petition.

GROUND I.

The secretary reviewed a claim for a refund that was insufficient of the process founded on Title 26, Code of Federal Regulations, section 1.211-1.

Fact 1. The petitioner has properly claimed a refund based on a deduction founded on Title 26, U.S.C., section 212 (1).

Fact 2. The secretary has made a determination to deny the deduction.

Fact 3. The deduction has been unlawfully withheld.

Exhibits #1: The attached "Pleading Special Matters #2 is adopted herein by reference as evidence of the claim founded on 212 (1).

#2: The determination by the Secretary as evidence of the insufficiency of process.

#3: The petitioner intends to use a common law judgment as foreign law herein pursuant to RCFC 44.1 for any issue in dispute herein.

Wherefore the petitioner moves for forthwith relief or the petitioner moves for an order to show cause why the relief demanded herein should not be issued. The brief hereto attached is adopted herein in support.

Executed on this 20th day of August, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
337 234-1403

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #:__________________

JUDGE________________________

RICHARD FUSELIER, Petitioner

vs

UNITED STATES, Respondent

---

BRIEF IN SUPPORT OF MOTION FOR NOTICE TO INTERESTED PARTIES

The authority for this motion is RCFC 14 (b)(1), (2) and (3). In support the court is shown the following:

The name and address of the first party to be noticed is:

Secretary of State Colin L. Powell
Washington, D.C.

The interest in this proceeding is the petitioner will be moving for mandatory joinder under the provisions of RCFC 19 (a) and the party will be unable to respond to this issue without notice.

The name and address of the second party to be noticed is:

The Secretary
Internal Revenue Service
Kansas City, MO 64999

The interest in this proceeding is that United States law makes this party the responsible party to pay the refund.

The third party to be noticed is:

Timothy W. Holt
P. O. Box 18094
Raytown, MO 64133

The interest in the proceeding is that the petitioner is going to move for mandatory joinder under RCFC 19 (a) and the party will be unable to respond to this issue without notice. This is also the real party in interest who will be litigating a refund and damages under the provisions of RCFC Rule 18 (b) as the damages are only cognizable if the habeas corpus claim for a refund has been prosecuted to a conclusion.

The fourth party to be noticed is:

State of Missouri
Department of Revenue
P. O. Box 385
Jefferson City, MO 65105

The interest in this proceeding is that the petitioner is going to move for stay pursuant to Title 28, U.S.C., section 2251, the party will be unable to respond to this issue without notice and RCFC 65 (a)(1) mandates notice prior to injunctive relief.

Wherefore the petitioner moves for forthwith relief on the motion for notice or in the alternative an order to issue to show cause why the relief demanded in the petition should not be granted.

Executed on this 20th day of August, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
337 234-1403

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #:____________________

JUDGE___________________________

RICHARD FUSELIER, Petitioner

vs

UNITED STATES, Respondent

---

PLEADING SPECIAL MATTERS #1 & EXHIBIT #1

The authority for this pleading is RCFC 9 (c), (h)(1) and (5). In support the court is shown that the following conditions precedent exists in this proceeding:

I.

ACTION BY OTHER BODY

A collateral proceeding exists in the Common Law Court of the United States of America.

The following conditions precedent exists:

a. The petitioner has filed a petition of habeas corpus ad subjiciendum with the common law state of the United States of America.

b. This is a proceeding as protected by the Seventh Amendment to the Constitution.

c. The intent to claim a common law trial on the issues founded in pleading special matters hereto attached.

d. The effect of this proceeding is:

1) The petitioner has abrogated United States citizenship.

2) This is a choice of law proceeding.

3) The choice of law is common law.

4) This action allows the petitioner to claim a right to file another common law trial by filing a collateral proceeding in that court.

5) This is a court that is foreign to the United States.

6) The petitioner intends to use foreign law from this common law court to overcome the presumption of United States citizenship and then litigate the insufficiency of process.

## II.
## CITATION OF STATUTES & REGULATIONS FOR PRIVILEGE CLAIMED

a. The petitioner is claiming a federally protected privilege against the United States founded on the Seventh Amendment to the Constitution.

b. This courts jurisdiction is founded on Title 28, U.S.C., section 1346 (a)(1):

> "Any other civil action..."

c. The suit by a foreign entity is authorized by Title 28, U.S.C., section 2502 (a) and (b):

> "(a) Citizens...of any foreign government which accords to citizens of the United States the right to prosecute claims against their government in its courts may sue the United States..."

The citizens of the organic republic of the United States of America accords the citizens of the United States the right to prosecute claims against their government in the Common Law Court of the United States of America.

d. This is a choice of law proceeding in which the petitioner is claiming a right to litigate without the United States under the laws of the United States of America. The claim is founded on Title 28, U.S.C., section 1746 (1):

> "If executed without the United States, its territories, possessions, or commonwealths....under the laws of the United States of America...."

e. The petitioner is prosecuting full faith and credit to the common law judgment founded on Title 28, U.S.C., section 1652:

> "The laws of the several states....shall be regarded as rules of decision in civil actions in the courts of the United States, in cases where they apply."

And in the revision notes:

> "Civil actions" was substituted for "trials at common law"..."

f. The common law judgment will be adopted herein in support as rules of decisions in this proceeding.

g. The petitioner is claiming jurisdictional immunity from the courts of the United States and the States as founded on the Constitution of the United States Amendment XI as the petitioner is a citizen of a foreign state prosecuting an action of law against the United States and one of the United States.

The Amendment XI immunity being claimed is:

> "The Judicial power of the United States shall not be construed to extend to any suit in law...prosecuted against one of the United States by Citizens... of any Foreign State.

h. The notice of intent to use foreign law is founded in RCFC Rule 44.1:

> "A party who intends to raise an issue concerning the law of a foreign country shall give notice by pleadings and other reasonable written notice."

i. The local rule for habeas corpus is founded in RCFC Rule 83 which stipulates that the court may proceed under the following rule:

> "A judge may regulate practice in any manner consistent with federal law..."

> "Writs of habeas corpus may be granted by...any circuit judge within their respective jurisdictions."

And the procedure is founded in Title 28, U.S.C., section 2243:

> "A court...entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted ..."

And the other applicable federal law is founded on Title 28, U.S.C., section 1652 which stipulates the following mandatory relief:

> "The laws of the several states, except where the Constitution or treaties of the United States or Acts of Congress otherwise require or provide, shall be regarded as rules of decision in civil actions in the courts of the United States, in cases where they apply."

j. The documentary evidence from common law is authorized by the following statutes and Federal Rules of Evidence:

Title 28, United States Code, section 2247:

> "On application for a writ of habeas corpus documentary evidence... in behalf of the same petitioner, shall be admissible in evidence."

Federal Rule of Evidence Rule 902 (3).

> "A document purporting to be...attested in an official capacity by a person authorized by the laws of the foreign country to the make the...attestation, and accompanied by a final certification as to the genuineness of the signature and the official position.... of the...attesting person..."

and Rule 901 (1). Methods provided by statute or rule:

> "Any method of authentication...provided by Act of Congress... pursuant to statutory authority."

The statutory authority is Title 28, section 1746 (1):

> "If executed without the United States:....under the laws of the United States of America....".

k. Joinder of claims of habeas corpus and an illegal assessment is authorized by RCFC 18 (a) and (b).

l. The habeas corpus relief requested is founded in Title 28, U.S.C., section 2243. The relief is forthwith or an alternative order.

> "A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted..."

m. Summary proceedings are authorized by RCFC 12 (a)(2) within 10 days :

> "If a court...partially allows the motion...the responsive pleading shall be filed within 10 days after notice..."

n. The subject matter for summary relief is founded in RCFC 12 (b) as the petitioner is making a claim of insufficiency:

> "...the following defenses may at the option of the pleader be made by motion:...(4) insufficiency of process..."

o. The petitioner further avers that no statutory review proceeding exists for the individuals making the claim of insufficiency of process.

III.
OWNERSHIP OF THE CLAIM

a. The ownership of this claim is based on the condition precedent that the petitioner has abrogated United States citizenship in a choice of law domicile proceeding in a common law state and by litigating that issue.

b. The privilege of a common law trial was acquired by the petitioner by declaring allegiance to the laws of the United States of America. The claim is founded on Title 8, U.S.C.,

section 1481 (a)(1):

> "A person who is a national of the United States...shall lose his nationality by voluntarily performing any of the following acts with the intention of relinquishing United States nationality - (1) obtaining naturalization in a foreign state upon his own application..."

c. This was a voluntary act performed for the purpose of living under the common law.

d. This act was done without the United States in the United States of America.

e. The evidence of the transfer of the claim is in the domicile proceeding filed in the common law court of the United States of America.

f. The effect of this proceeding is that the Secretary of State of the United States is a person that needs to be joined for just adjudication.

g. The petitioner intends to join the Secretary of State of the United States and litigate a certificate of loss of nationality.

h. The ownership of the claim is litigated by obtaining a certificate of loss of nationality.

Executed on this 20th day of August, 2003 .

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
337 234-1403

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #:________________

JUDGE______________________

RICHARD FUSELIER, Petitioner

vs

UNITED STATES, Respondent

---

PLEADING SPECIAL MATTERS #2 & EXHIBIT 2.

The authority for this pleading is RCFC 9 (c), (h)(1),(2),(5) and (6). In support the court is shown that the following conditions precedent exists in this proceeding:

I.

TAX REFUND SUIT

An administrative proceeding exists within the IRS. This is an administrative action for a refund. The cause and effect are these:

a. The action is for the tax year 1999.

b. The amount to be refunded is $18,664.00.

c. The place the refund is to be paid is :

Timothy W. Holt
P. O. Box 18094
Raytown, MO 64133

d. The tax identification number of the individual is 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.

e. The original request for the refund was filed on July 29, 2002 at Internal Revenue Service Center, P. O. Box 24017, Fresno, CA 93779.

f. The determination was issued on March 1, 2003.

g. The claim is cognizable after joinder of necessary parties is litigated.

II.
CITATION OF STATUTES & REGULATIONS FOR REFUND CLAIMED

The refund is based on the fact that the petitioner claimed a mandatory deduction.

a. The intent of the taxpayer is to claim that the money acquired by the right of accession is a necessary expense for the production of income.

b. The intent of Congress claimed is founded in Title 26, C.F.R., section 1. 211 which mandates the IRS to follow this procedure:

> "In computing taxable income under section 63 (a), the deduction provided by sections 212...shall be allowed..."

c. The failure of the secretary to act in an official capacity under this section resulted in this suit and claim for relief.

d. The jurisdiction of United States Court of Federal Claims to hear an action for any sum alleged to have been excessive is founded on Title 28, U.S.C., section 1346 (a)(1):

> "Any civil action against the United States ...for any sum alleged to have been excessive...under internal revenue laws."

e. The United States has authorized civil actions for the refund claim in Title 26, U.S.C., section 7422 (a) as a claim for a refund has been filed.

f. The suit is timely filed under the provisions of Title 26, U.S.C., section 6532.

g. The suit by an alien is authorized by Title 28, U.S.C., section 7422 (a) and (b).

h. The petitioner intends on using a common law judgment as foreign law herein pursuant to RCFC 44.1.

III.
OWNERSHIP OF CLAIM

The party shown has ownership of a claim on money due in a tax refund suit due to the following conditions precedent:

a. The petitioner has executed a power of attorney with the individual due a refund.

b. The consideration was made on September 10, 2002.

c. The petitioner is due the funds authorized by Title 26, U.S.C., section 7430.

d. The petitioner is also claiming tort relief of $250,000.00 for insufficiency of process.

e. The plaintiff asserting this ownership is:

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
CAF No. 8006-51352R

f. The claim for monetary relief is cognizable after the claim for a refund is litigated.

Executed on this 20th day of August, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
337 234-1403

Exhibit 1

FORM **1040** Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return **1999**

(99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning , 1999, ending , OMB No. 1545-0074

**Label** (See instructions)

**Use the IRS label.** Otherwise, please print or type.

LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: Timothy W | Last name: Holt | Your social security number: 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see instructions. P.O. Box 18094 | Apt. no. | **IMPORTANT!** You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. Raytown MO 64133 | | |

**Presidential Election Campaign** (See instructions.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

*Note: Checking "Yes" will not change your tax or reduce your refund.*

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here. ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ). (See instructions.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a

b [ ] **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) X if qualifying child for child tax credit (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see instructions.

No. of your children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers entered on lines above ▶ 1

d Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not staple any payment. Also, please use Form 1040-V.

| Line | Description | Sub-box | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 65,056 |
| 8a | **Taxable** interest. Attach Schedule B if required | | 527 |
| b | **Tax-exempt** interest. DO NOT include on line 8a | 8b: 0 | |
| 9 | Ordinary dividends. Attach Schedule B if required | | 1,038 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | | 144 |
| 11 | Alimony received | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 0 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | | |
| 15a | Total IRA distributions | 15a: | 15b (b Taxable amount (see inst.)): 0 |
| 16a | Total pensions & annuities | 16a: 0 | 16b (b Taxable amount (see inst.)): 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 0 |
| 18 | Farm income or (loss). Attach Schedule F | | |
| 19 | Unemployment compensation | | |
| 20a | Social security benefits | 20a: | 20b (b Taxable amount (see inst.)): |
| 21 | Other income. List type and amount (see instructions) Lafarge Non Compete | | 180,000 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | 246,765 |

## Adjusted Gross Income

| Line | Description | Sub-box | Amount |
|---|---|---|---|
| 23 | IRA deduction (see instructions) | 0 | |
| 24 | Student loan interest deduction (see instructions) | | |
| 25 | Medical savings account deduction. Attach Form 8853 | 0 | |
| 26 | Moving expenses. Attach Form 3903 | 0 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 0 | |
| 28 | Self-employed health insurance deduction (see instructions) | 0 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 0 | |
| 30 | Penalty on early withdrawal of savings | 0 | |
| 31a | Alimony paid b Recipient's SSN ▶ | | |
| 32 | Add lines 23 through 31a | | 0 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | 246,765 |

KIA Form **1040** (1999)

Exhibit 1

Form 1040 (1999) Timothy W Holt 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 Page 2

## Tax and Credits

| Line | Description | Box | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 246,765 |
| 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a 0 | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 35b ☐ | | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 272,106 |
| 37 | Subtract line 36 from line 34 | 37 | -25,341 |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter | 38 | 55 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 0 |
| 40 | **Tax** (see instructions). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 0 |
| 41 | Credit for child & dependent care expenses. Attach Form 2441 | 41 | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| 43 | Child tax credit (see instructions) | 43 | |
| 44 | Education credits. Attach Form 8863 | 44 | |
| 45 | Adoption credit. Attach Form 8839 | 45 | |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46 | 0 |
| 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ______ | 47 | 0 |
| 48 | Add lines 41 through 47. These are your **total credits** | 48 | 0 |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 0 |

**Standard Deduction for Most People**
Single: $4,300
Head of household: $6,350
Married filing jointly or Qualifying widow(er): $7,200
Married filing separately: $3,600

## Other Taxes

| Line | Description | Box | Amount |
|---|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | 50 | 0 |
| 51 | Alternative minimum tax. Attach Form 6251 | 51 | 0 |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | 0 |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | 0 |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54 | 0 |
| 55 | Household employment taxes. Attach Schedule H | 55 | 0 |
| 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 | 0 |

## Payments

| Line | Description | Box | Amount |
|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 13,688 |
| 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | 0 |
| 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child | | |
| b | Nontaxable earned income: amount ▶ ______ and type ▶ ______ | 59a | 0 |
| 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| 61 | Amount paid with request for extension to file (see instructions) | 61 | 0 |
| 62 | Excess social security and RRTA tax withheld (see instructions) | 62 | 4,033 |
| 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | 943 |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | 64 | 18,664 |

## Refund

Have it directly deposited! See instructions and fill in 66b, 66c, and 66d.

| Line | Description | Box | Amount |
|---|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | 18,664 |
| 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a | 18,664 |
| ▶ b | Routing number ______ ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number ______ | | |
| 67 | Amount of line 65 you want APPLIED TO YOUR 2000 ESTIMATED TAX ▶ | 67 | 0 |

## Amount You Owe

| Line | Description | Box | Amount |
|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see instructions ▶ | 68 | |
| 69 | Estimated tax penalty. Also include on line 68 | 69 | 0 |

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: Timothy W Holt | Date: 8/13/01 | Your occupation | Daytime telephone number (optional)

Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature: [signature] | Date: 8/10/01 | Check if self-employed ☐ | Preparer's SSN or PTIN: 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

Firm's name (or yours if self-employed) and address: Compensation Consultants Inc. | EIN

601 Kaliste Saloom Lafayette LA | ZIP code 70508

KIA Form **1040** (1999)

Exhibit 1

**SCHEDULES A&B (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Schedule A—Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1999**

Attachment Sequence No. **07**

Name(s) shown on Form 1040: Timothy w Holt

Your social security number: 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

| Section | Line | Description | Box | Amount | Line | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 0 | | |
| | 2 | Enter amount from Form 1040, line 34. [2] 0 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 0 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 2,607 | | |
| | 6 | Real estate taxes (see instructions) | 6 | 0 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | 0 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 2,607 |
| **Interest You Paid** (See instructions.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 0 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | 0 | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | 0 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instructions.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 0 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 24,443 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **MUST** attach Form 8283 if over $500 | 16 | 0 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 24,443 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 20 | 0 | | |
| (See instructions for expenses to deduct here.) | 21 | Tax preparation fees | 21 | | | |
| | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 | 0 | | |
| | 23 | Add lines 20 through 22 | 23 | 0 | | |
| | 24 | Enter amount from Form 1040, line 34 . [24] 0 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 0 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other—from list in the instructions. List type and amount ▶ Compensation for personal labor | | | 27 | 245,056 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☐ **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36, the **larger** of this amount or your standard deduction. ☐ **YES.** Your deduction may be limited. See instructions for the amount to enter. ▶ | | | 28 | 272,106 |

KIA

Schedule A (Form 1040) 1999

11710

Department of the Treasury
Internal Revenue Service
KANSAS CITY, MO 64999

Date of this notice: NOV. 20, 2000
Taxpayer Identifying Number 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
Form: 1040 Tax Period: DEC. 31, 1999

For assistance you may call us at:
1-800-829-8815

CALLER ID: 967905

TIMOTHY W HOLT
PO BOX 18094
RAYTOWN MO 64133-0494943

REQUEST FOR TAX PAYMENT

ACCORDING TO OUR RECORDS, YOU OWE $60,193.42 ON YOUR INCOME TAX. PLEASE PAY THE FULL AMOUNT BY DEC. 11, 2000. IF YOU'VE ALREADY PAID YOUR TAX IN FULL OR ARRANGED FOR AN INSTALLMENT AGREEMENT, PLEASE DISREGARD THIS NOTICE.

IF YOU HAVEN'T PAID, MAIL YOUR CHECK OR MONEY ORDER AND TEAR-OFF STUB FROM THE LAST PAGE OF THIS NOTICE. MAKE YOUR CHECK PAYABLE TO UNITED STATES TREASURY AND WRITE YOUR SOCIAL SECURITY NUMBER ON IT. IF YOU CAN'T PAY IN FULL, PLEASE CALL US TO DISCUSS PAYMENT.

TAX STATEMENT

PAYMENTS AND CREDITS

| | |
|---|---|
| TAX WITHHELD | $13,687.00- |
| ESTIMATED TAX PAYMENTS | .00 |
| OTHER CREDITS | .00 |
| OTHER PAYMENTS | .00 |
| TOTAL PAYMENTS & CREDITS | $13,687.00- |

TAX

| | |
|---|---|
| TOTAL TAX ON RETURN | $68,642.00 |
| LESS: | |
| TOTAL PAYMENTS & CREDITS | 13,687.00- |
| UNDERPAID TAX | 54,955.00 |
| PENALTY | 2,198.20 |
| INTEREST | 3,040.22 |
| AMOUNT YOU OWE | $60,193.42 |

SUBTRACT PAYMENTS WE HAVE NOT INCLUDED ABOVE $__________

PAY THIS AMOUNT (USE TEAR-OFF ON LAST PAGE) $__________

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #:__________________

JUDGE_________________________

RICHARD FUSELIER, Petitioner

vs

UNITED STATES, Respondent

---

PLEADING SPECIAL MATTERS #3 & EXHIBIT #3

The authority for this pleading is RCFC 9 (c), (h)(1),(2), and (5). In support the court is shown that the following conditions precedent exists in this proceeding:

I.
ACTION BY OTHER BODY

A collateral proceeding exists within a state of the United States. The following conditions precedent exists:

a. The petitioner has filed a tax refund claim with the State of Missouri.

b. The State of Missouri is a State of the United States.

c. The State of Missouri is taxing under the authority of the internal revenue laws.

d. The refund proceeding is for the tax year 1999.

e. The amount to be refunded is $4,545.00.

f. The place the refund is to be paid is:

Timothy W. Holt
P. O. Box 18094
Raytown, MO 64133

g. The tax identification number of the individual is 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.

h. The original request for the refund was filed at Missouri Department of Revenue,

P. O. Box 385, Jefferson City, MO 65107.

i. The determination was issued on December 27, 2000.

j. The effect of the administrative review is the state has denied the petitioner sufficiency of process mandated by Title 26.

CITATION OF STATUTES & REGULATIONS FOR REFUND CLAIMED
II.

a. The federal deduction is founded on Pleading Special Matters #2 hereby adopted herein by reference.

b. The authority in State law for full faith and credit of United States law on any internal revenue tax is founded on Pleading Special Matters #1 hereby adopted herein by reference.

c. The authority for the suit against the agency called the State of Missouri is Title 5, U.S.C., section 702:

> "A person suffering a legal wrong because of agency action within the meaning of a relevant statue, is entitled to judicial review thereof."

d. The relevant statute is a claim of insufficiency of process founded upon Title 26, C.F.R, section 1.211 which mandates the State of Missouri to follow this procedure:

> " In computing taxable income under section 63 (a), the deduction provided by section 212...shall be allowed..."

e. The United States is a necessary party to this proceeding as the Secretary is designated by Title 26, U.S.C., section 6402 (e)(1) law to request the refund from the state and pay the refund herein:

> "Any State receiving notice from the Secretary that an erroneous payment has been made to such State under paragraph (1) shall pay promptly to the Secretary...an amount equal to the amount of such erroneous payment..."

f. The authority for a refund suit against the United States as a necessary party is founded upon Title 26, U.S.C., section 7422:

> "A suit...for the recovery of any internal revenue tax alleged to have been...in any manner wrongfully collected shall be treated as if the United States had been a party to such suit...in all suits in respect to any internal revenue tax...".

g. The suit is timely filed under the provisions of Title 26, U.S.C., section 6532.

h. The suit by an alien is authorized by Title 28, U.S.C., section 7422 (a) and (b).

i. The petitioner intends on using a common law judgment as foreign law herein pursuant to RCFC 44.1.

III.
OWNERSHIP OF CLAIM

The party shown has ownership of a claim on money due in a tax refund suit due to the following conditions precedent:

a. A contract exists with a taxpayer to make a claim for a refund in the below listed action.

b. The consideration was made on July 25, 2002.

c. The petitioner is due the funds authorized by Title 26, U.S.C., section 7430.

d. The petitioner is also claiming tort relief of $250,000.00 for insufficiency of process.

e. The plaintiff asserting this ownership is:

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, La. 70508
CAF No. 8006-51352R

f. The claim for monetary relief is cognizable after the claim for a refund is litigated.

Executed on this 20th day of August, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
337 234-1403

EXHIBIT #3

MISSOURI DEPARTMENT OF REVENUE

# INDIVIDUAL INCOME TAX RETURN — LONG FORM

**1999 FORM MO-1040**

FOR CALENDAR YEAR JAN. 1 – DEC. 31, 1999, OR FISCAL YEAR BEGINNING ____ 1999, ENDING ____ 20 ____

**AMENDED RETURN —** CHECK HERE ☑

AMENDED Return

SOFTWARE VENDOR CODE (Assigned by DOR) ▶ 9 9

**STEP 1 — NAME AND ADDRESS**

| YOUR LAST NAME | FIRST NAME | MIDDLE INITIAL | YOUR SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Holt | Timothy | W | 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 |
| SPOUSE'S LAST NAME | FIRST NAME | MIDDLE INITIAL | YOUR SPOUSE'S SOCIAL SECURITY NUMBER |
| | | | |

PRESENT ADDRESS (INCLUDE APT. NO. OR RURAL ROUTE): P.O. Box 18094

COUNTY OF RESIDENCE: 

SCHOOL DISTRICT NO. (SEE PAGE 16): 412

CITY, TOWN OR POST OFFICE, STATE AND ZIP CODE: Raytown, MO 64133-0494

PLEASE CHECK THE APPROPRIATE BOXES THAT APPLY TO YOU AND YOUR SPOUSE

AGE 65 OR OLDER ☐ YOURSELF ☐ SPOUSE — BLIND ☐ YOURSELF ☐ SPOUSE — 100% DISABLED ☐ YOURSELF ☐ SPOUSE — NON-OBLIGATED SPOUSE ☐ YOURSELF ☐ SPOUSE

You may contribute to any one or all of the trust funds below. Place the total amount contributed on Lines 44a, 44b, 44c and 44d. Please see the instructions for these lines for a complete description of each trust fund.

Children's Trust Fund — Veterans Trust Fund — Elderly Home Delivered Meals Trust Fund — Missouri National Guard Trust Fund

**Enclose copies of pages 1 and 2 of your Federal Form 1040 or 1040A if you:**

- itemized deductions on your federal return (also enclose a copy of Federal Schedule A);
- claim a pension exemption;
- have loss(es) of $1,000 or more on your federal return;
- have modifications on Form MO-A, Part 2;
- claim a dependent deduction for a dependent age 65 or older;
- file Form MO-NRI;
- claim a low income housing credit and/or low income housing recapture; or
- claim other federal tax deductions on Line 12

**STEP 2 — FIGURE YOUR MISSOURI ADJUSTED GROSS INCOME**

| | | Yourself | | Your Spouse |
|---|---|---|---|---|
| 1. Federal adjusted gross income (see instructions) ▶ | 1Y | 246,765 00 | 1S | 00 |
| 2. Total additions (from Form MO-A, Part 2, Line 4) ▶ | 2Y | 0 00 | 2S | 00 |
| 3. Total income — add Lines 1 and 2 | 3Y | 246,765 00 | 3S | 0 00 |
| 4. Total subtractions (from Form MO-A, Part 2, Line 9) ▶ | 4Y | 0 00 | 4S | 00 |
| 5. Missouri adjusted gross income — Line 3 minus Line 4 ▶ | 5Y | 246,765 00 | 5S | 0 00 |
| 6. Total Missouri adjusted gross income (Add columns 5Y and 5S) | 6 | 246,765 00 | | |
| 7. Income percentages — divide columns 5Y and 5S by total on Line 6 (Total of columns 7Y and 7S must equal 100%) | 7Y | 100 % | 7S | 0 % |

**STEP 3 — FIGURE YOUR TAXABLE INCOME**

8. Pension exemption (from Form MO-A, Part 3, Line 11) ▶ **8** 0 00

9. Mark your filing status box and enter exemption amount here. ▶ **9** 2,100 00

- ☒ A. Single — $2,100 **(See Box B before checking)**
- ☐ B. Claimed as a dependent on another person's federal tax return — $0.00
- ☐ C. Married filing joint federal & combined Missouri — $4,200
- ☐ D. Married filing separate — $2,100
- ☐ E. Married filing separate (spouse NOT filing) — $4,200
- ☐ F. Head of household — $3,500
- ☐ G. Qualifying widow(er) with dependent child — $3,500

**If you checked Box B on Line 9, enter "0" on Line 9.**

**Enclose Form W-2(s)**

10. Missouri **STANDARD DEDUCTION OR ITEMIZED DEDUCTIONS** (See instructions.) ▶ **10** 270,880 00

11. Federal income tax liability (from Federal Form 1040, Line 49 minus Line 59a; or Federal Form 1040A, Line 32 minus Line 37a; or Federal Form 1040EZ, Line 10 minus Line 8a; or Federal Telefile Tax Record, Line K (second box) minus Line L) **(Do not enter amount from your Form W-2(s)—Not Federal Tax Withheld)** ▶ **11** 0 00

12. Other federal tax (see instructions). Enclose pages 1 and 2 of federal return ▶ **12** 0 00

13. Total federal tax — add Lines 11 and 12 ▶ **13** 0 00

CAUTION! **Please read Lines 11-14 carefully to avoid a delay in processing your return.**

14. **Federal tax deduction. Enter amount from Line 13 not to exceed $5,000 for individual filer ($10,000 for combined)** ▶ **14** 0 00

15. Number of dependents **(DO NOT INCLUDE YOURSELF OR SPOUSE)** from Federal Form 1040, Line 6c OR Federal Form 1040A, Line 6c ▶ ____ X $1,200 = ▶ **15** 0 00

16. Number of **dependents** on Line 15 who are 65 years of age or older and do not receive Medicaid or state funding **(DO NOT INCLUDE YOURSELF OR SPOUSE)** ▶ ____ X $1,000 = ▶ **16** 0 00

**Do not include yourself or your spouse.**

17. Total deductions — add Lines 8, 9, 10, 14, 15 and 16 ▶ **17** 272,980 00

18. Subtotal — subtract Line 17 from Line 6 ▶ **18** 0 00

| | | Yourself | | Your Spouse |
|---|---|---|---|---|
| 19. Multiply Line 18 by percentages (%) on Line 7 | 19Y | 0 00 | 19S | 0 00 |
| 20. Enterprise zone income modification (see instructions) ▶ | 20Y | 00 | 20S | 00 |
| 21. Subtract Line 20 from Line 19. Enter here and on Line 22 | 21Y | 0 00 | 21S | 0 00 |

MO 860-1094 (11-99) FIN

Timothy W. Holt

AMENDED Return

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

1999 FORM MO-1040

PAGE 2

## STEP 4 — FIGURE YOUR TAX

| | | Yourself | | Your Spouse |
|---|---|---|---|---|
| 22. Taxable income amount from Line 21Y and 21S | 22Y | 0 00 | 22S | 0 00 |
| 23. TAX on Line 22 (see tax table, Form MO-A, page 1) | 23Y | 00 | 23S | 00 |
| 24. Resident credit (enclose Form MO-CR and other state's return) ▶ | 24Y | 00 | 24S | 00 |
| OR | | | | |
| 25. Missouri income percentage (enclose Form MO-NRI and copy of federal return). Check appropriate box if you or your spouse is a professional entertainer or a member of a professional athletic team. ▶ ☐ YOURSELF ☐ SPOUSE ▶ | 25Y | 100.000 % | 25S | 100.000 % |
| 26. Balance (Resident — subtract Line 24 from Line 23 OR Missouri income percentage — multiply Line 23 by percentage on Line 25) ▶ | 26Y | 0 00 | 26S | 0 00 |
| 27. Other taxes (check box and enclose federal form indicated): ▶ ☐ Lump sum distribution (Form 4972) ▶ ☐ Recapture of low income housing credit (Form 8611) ▶ | 27Y | 00 | 27S | 00 |
| 28. SUBTOTAL — Add Lines 26 and 27 ▶ | 28Y | 0 00 | 28S | 0 00 |

29. TOTAL TAX — Combine your taxes and your spouse's taxes from Line 28 — 29: 0 00

## STEP 5 — FIGURE YOUR PAYMENTS AND CREDITS

| | | |
|---|---|---|
| 30. MISSOURI tax withheld as shown on your Form W-2(s) and/or Form 1099-R(s). ▶ Form W-2(s) and/or Form 1099-R(s) must be enclosed ▶ | 30 | 2,607 00 |
| 31. 1999 Missouri estimated tax payments (include overpayment from 1998 applied to 1999) ▶ | 31 | 00 |
| 32. Missouri tax withheld for nonresident partners or S corporation shareholders ▶ | 32 | 00 |
| 33. Missouri tax withheld for nonresident entertainers ▶ | 33 | 00 |
| 34. Amount paid with Missouri extension of time to file (Form MO-60 or Form MO-1040V) ▶ | 34 | 00 |
| 35. Miscellaneous tax credits (from Form MO-TC, Line 12). Form MO-TC must be enclosed ▶ | 35 | 00 |
| 36. Property tax credit. Enclose Form MO-PTC ▶ | 36 | 00 |
| 37. Pharmaceutical tax credit (YOURSELF ▶ ______ + YOUR SPOUSE ▶ ______ =) | 37 | 0 00 |
| 38. Total payments and credits Add Lines 30 through 37 ▶ | 38 | 2,607 00 |

## STEP 6 — AMENDED RETURN ONLY (Skip this step if you are not filing an amended return.)

| | | |
|---|---|---|
| 39. Amount paid on original return Form 2942 - MODR intercepted 2001 refund ▶ | 39 | 1,938 00 |
| 40. Overpayment as shown (or adjusted) on original return ▶ | 40 | 0 00 |

INDICATE REASON(S) FOR AMENDING. (M M D D Y Y)

▶ ☐ A. Federal audit ........ Enter date of IRS report ▶

▶ ☐ B. Net operating loss carryback ........ Enter year of loss ▶

▶ ☐ C. Investment tax credit carryback ........ Enter year of credit ▶

▶ ☑ D. Correction other than A, B or C . . Enter date of federal amended return, if filed ▶ 0 7 1 6 0 2

41. Amended Return — total payments and credits — add Line 39 to Line 38 or subtract Line 40 from Line 38 ▶ 41: 4,545 00

## STEP 7 — FIGURE YOUR REFUND OR AMOUNT DUE

| | | |
|---|---|---|
| 42. If Line 38, or if amended return, Line 41, is larger than Line 29, enter difference (amount of **OVERPAYMENT**) here ▶ | 42 | 4,545 00 |
| 43. Amount of Line 42 to be applied to your 2000 estimated tax ▶ | 43 | 0 00 |

44. Amount of Line 42 to be contributed to trust funds

| | | |
|---|---|---|
| 44a. Children's Trust Fund ▶ | 44a | 0 00 |
| 44b. Veterans Trust Fund ▶ | 44b | 0 00 |
| 44c. Elderly Home Delivered Meals Trust Fund ▶ | 44c | 0 00 |
| 44d. Missouri National Guard Trust Fund ▶ | 44d | 0 00 |

| | | |
|---|---|---|
| 45. Overpayment to be refunded to you. Subtract Lines 43, 44a, 44b, 44c and 44d from Line 42 and enter here. Mail return to: **DEPARTMENT OF REVENUE, P.O. BOX 500, JEFFERSON CITY, MO 65106-0500. REFUND** ▶ | 45 | 4,545 00 |
| 46. If Line 29 is larger than Line 38 or Line 41, enter the difference (amount of **UNDERPAYMENT**) here ▶ | 46 | 0 00 |
| 47. Underpayment of estimated tax penalty (enclose Form MO-2210). Enter penalty amount here ▶ | 47 | 0 00 |
| 48. Total amount due. Add Lines 46 and 47 and enter here. Mail return and payment to: **DEPARTMENT OF REVENUE, P.O. BOX 329, JEFFERSON CITY, MO 65107-0329.** Please write your social security number(s) and daytime phone number on your check or money order (U.S. funds only) made payable to: Missouri Director of Revenue. **AMOUNT DUE** ▶ | 48 | 0 00 |

## STEP 8 — PLEASE SIGN RETURN

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which he/she has any knowledge. As provided in Chapter 143, RSMo, a penalty of up to $500 shall be imposed on any individual who files a frivolous return.

I **authorize** the Director of Revenue or delegate to discuss my return and enclosures with the preparer or any member of his/her firm. ☐ YES ☐ NO

PREPARER'S TELEPHONE

DOR ONLY — S ☐ E ☐ U ☐ P ☐ F ☐

YOUR SIGNATURE: [signature] Timothy W. Holt — DATE: 7/16/2002

SPOUSE'S SIGNATURE (If filing combined, BOTH must sign)

DAYTIME TELEPHONE

PREPARER'S SIGNATURE: [signature]

FEIN, SSN OR PTIN ▶ 436745431

PREPARER'S ADDRESS AND ZIP CODE: 204 W. Angus Drive, Youngsville LA 70592

DATE

MO 860-1094 (11-99)

This publication is available upon request in alternative accessible format(s).

MISSOURI DEPARTMENT OF REVENUE
DIVISION OF TAXATION AND COLLECTION
P O BOX 385
JEFFERSON CITY, MO 65105-0385

Z 956 190 914

| FORM 2944 (Rev 04-00) | DECEMBER 27, 2000 |
|---|---|

E-mail: income@mail.dor.state.mo.us

| | |
|---|---|
| Telephone: | (573) 751-7200 |
| Fax: | (573) 751-2195 |
| Primary SSN: | 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 |
| Secondary SSN: | 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 |
| DLN: | 00300511095 |

## NOTICE OF DEFICIENCY - INDIVIDUAL INCOME

HOLT,TIMOTHY W
PO BOX 18094
RAYTOWN MO 64133-0494

A Notice of Adjustment, Non-Filer Notice, or Federal Audit Letter was issued to you on NOVEMBER 1, 2000 for tax period 1999. This is your **final notice** that the Department of Revenue has determined that you owe the following amounts for this tax period:

FINAL NOTICE

| | |
|---|---|
| Tax: | 9,969.00 |
| Interest (to date): | 489.50 |
| Additions to Tax: | 498.45 |
| Penalty: | 0.00 |
| Lien Fee: | 0.00 |
| Total Amount Due: | 10,956.95 |

**YOU HAVE THE RIGHT TO PROTEST THIS ASSESSMENT.**
If you disagree with the assessment of the amounts shown above, you may file a protest. If you wish to file a protest, **you must do so within 60 days of the date of this notice.** An explanation of your options for resolving this notice is enclosed.

Unless you pay or file a protest of the amounts shown with the Department of Revenue within 60 days of the date of this notice, the amounts shown above will automatically become a final assessment without further notice to you.

Failure to pay or file a protest of these amounts within 60 days will result in a collection action against you. A Certificate of Tax Lien will be filed with the Recorder of Deeds, resulting in a lien against all of your real and personal property. A Certificate of Tax Lien will also be filed with the Clerk of the Circuit Court, which will have the full force and effect of a judgment against you.

**MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE MISSOURI DEPARTMENT OF REVENUE FOR THE TOTAL AMOUNT DUE.** The department accepts Mastercard, Discover and American Express. Call toll-free (888) 296-6509. There will be a convenience fee charged for processing.

DIRECTOR OF REVENUE
STATE OF MISSOURI

BY: Lisa Morrow
DIVISION OF TAXATION AND COLLECTION

(D72359)

*DETACH AND RETURN THIS PORTION OF THIS NOTICE WITH YOUR PAYMENT*

MISSOURI DEPARTMENT OF REVENUE
DIVISION OF TAXATION AND COLLECTION
P O BOX 385
JEFFERSON CITY, MO 65105-0385

Notice of Deficiency - Individual Income

FORM 2944 (Rev 04-00)

| | |
|---|---|
| Notice Date: | DECEMBER 27, 2000 |
| Tax Period: | 1999 |
| DLN: | 00300511095 |
| Tax: | 9,969.00 |
| Interest to Date: | 489.50 |
| Additions to Tax: | 498.45 |
| Penalty: | 0.00 |
| Lien Fee: | 0.00 |
| Total Amount Due: | 10,956.95 |

PAYE

HOLT,TIMOTHY W
PO BOX 18094
RAYTOWN MO 64133-0494

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 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

01/10/2001

DOR USE ONLY

DOR USE ONLY PM

(D72059)

301 000000 00300511095? 497661979? 99 000010956.95 4

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #:__________________

JUDGE_________________________

RICHARD FUSELIER, Petitioner

vs

UNITED STATES, Respondent

---

NOTICE OF INDIRECTLY RELATED CASES

The authority for this notice is RCFC 40.2 (b). This case has common issues or fact with the following proceeding now pending in this court:

Docket # 03-1650T
Richard Fuselier, Petitioner
United States, Respondent

The related case is an application for habeas corpus relief, has the same issues of law, the same issues of fact and involves some of the same parties. The petitioner believes it would promote the efficient administration of justice is the same judge was assigned to these cases.

Executed on this 20th day of August, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
337 234-1403