ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #: 03-1988T

FILED
AUG 22 2003
U.S. COURT OF FEDERAL CLAIMS

JUDGE______________________

RICHARD FUSELIER, Petitioner

vs

UNITED STATES, Respondent

MOTION FOR LEAVE TO FILE

The authority for this motion is RCFC 18 (a) and in support the court is shown the following:

The petitioner is authorized by the rules to join claims for relief herein. The relief being sought is founded in Rule 18 entitled "Joinder Of Claims":

> "A party asserting a claim for relief as an original claim...may join...as many claims as the party has against the opposing party."

The relief being sought is to join a claim of the privilege of habeas corpus to a claim for a refund. The attached action is hereby adopted herein by reference as a brief in support of joinder of these claims for relief.

Wherefore the petitioner moves for forthwith relief on the motion or in the alternative an order to issue to show cause why the relief requested in the petition should not be granted.

Executed on this 20th day of August, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
337 234-1403

#2