ORIGINAL

# In the United States Court of Federal Claims

No. 03-1988T
(Filed: August 28, 2003)

FILED
AUG 28 2003
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * *

RICHARD FUSELIER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiff's August 22, 2003 "Motion for Leave to File." Simultaneously plaintiff has filed "An Application for Habeas Corpus Relief With a Motion to Notice Interested Parties." Defendant has not yet answered the complaint. It is unnecessary for the government to respond to the motion for leave or the application for habeas corpus. The motion for leave to file is granted. The application for habeas corpus and the motion to notice interested parties are denied. Plaintiff may not litigate the loss of nationality in this proceeding. The court does not have the authority to issue writs of habeas corpus. Consequently 28 U.S.C. § 27 is inapplicable here.

Defendant shall file a response to the complaint on or before October 21, 2003.

ERIC G. BRUGGINK
Judge