ORIGINAL

*IN THE UNITED STATES COURT OF FEDERAL CLAIMS*

FILED
SEP 9 2003
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD FUSELIER<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, | ) | 03 - 1988 T<br>(Judge Bruggink) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert N. Dorosin as attorney of record for the United States. Service of all papers by opposing party should be addressed as follows:

Robert N. Dorosin, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: September 9, 2003

Robert N. Dorosin

Robert N. Dorosin
Justice Department (Tax)
Court of Federal Claims Section
202-307-6495
(Fax) 202-514-9440

JW 5

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appearance has, this 9th day September, 2003, been made on plaintiff by mailing a copy thereof, in a postage paid envelope, to the following address:

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, Louisiana 70508

Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440