ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET No. 03-1988T

JUDGE ERIC G. BRUGGINK

RICHARD FUSELIER, Plaintiff

vs

THE UNITED STATES, Defendant

FILED
SEP 26 2003
U.S. COURT OF FEDERAL CLAIMS

---

AN AMENDED COMPLAINT FOR INSUFFICIENCY OF PROCESS

JURISDICTION

I.

The courts jurisdiction for a claim for a denial of due process under the Fifth Amendment is Title 28, U.S.C., section 1346 (a)(2) as this is a proceeding not sounding in tort.

II.

The statutory authority for this suit is Title 28, U.S.C., section 2502 (a) as this is a proceeding by a citizen of a foreign state.

STATEMENT OF CLAIM

III.

The plaintiff filed a third party claim for a deduction for a client.

IV.

The secretary reviewed the claim without observance of procedure required by law.

V.

The omission by the secretary resulted in a denial of the deduction.

VI.

The omission by the secretary has impaired the plaintiffs ability to fulfill the obligation of the contract to the taxpayer and receive compensation for the personal services rendered.

VII.

The plaintiff is being deprived of property without due process of law as protected by Amendment V.

DEMAND FOR JUDGMENT

VIII.

The plaintiff is demanding summary relief on the issue of insufficiency of process in the administrative proceeding after due process at common law.

PLEADING SPECIAL MATTERS

IX.

The plaintiff hereby adopts "Pleading Special Matters #1 by reference herein in support of the petition.

FACTS

X.

The secretary reviewed a claim for a deduction that was insufficient of the process founded on Title 26, Code Of Federal Regulations, § 1.211-1.

XI.

The plaintiff claimed a deduction founded on Title 26, U.S.C., § 212 (1).

XII.

The code (§ 1.211.1) mandates the allowance of this deduction.

XIII.

The deduction taken was a necessary expense for the production of the income.

XI.

The plaintiff intends to use a common law judgment as foreign law herein pursuant to RCFC 44.1 (See pleading Special Matters #1).

Wherefore the plaintiff moves for due relief after due process at law.

Executed on this 22nd day of September, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
Tel: 337 857-9094
Fax: 337 857-9096

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET No. 03-1988T

JUDGE ERIC G. BRUGGINK

RICHARD FUSELIER, Plaintiff

vs

THE UNITED STATES, Defendant

PLEADING SPECIAL MATTERS #1 & PLAINTIFF EXHIBIT #1

The authority for this pleading is RCFC 9 (c), (h)(1) and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.

ACTION BY OTHER BODY

A collateral proceeding exists in the Common Law Court of the United States of America. The following conditions precedent exist:

a. The plaintiff has filed a petition of habeas corpus ad subjiciendum with the common law state of the United States of America.

b. This is a proceeding as protected by the Seventh Amendment to the Constitution.

c. The intent to claim a common law trial on the issues founded in pleading special matters hereto attached.

d. The effect of this proceeding is:

   1) The plaintiff has abrogated United States citizenship.

   2) This is a choice of law proceeding.

   3) The choice of law is common law.

   4) This action allows the plaintiff to claim a right to file another common law trial by filing a collateral proceeding in that court.

   5) This is a court that is foreign to the United States.

6) The plaintiff intends to use foreign law from this common law court to overcome the presumption of United States citizenship and then litigate the insufficiency of process.

## II.
## CITATION OF STATUTES & REGULATIONS FOR PRIVILEGE CLAIMED

a. The petitioner is claiming a federally protected privilege against the United States founded on the Seventh Amendment to the Constitution.

b. The suit by a foreign entity is authorized by Title 28, U.S.C., § 2502 (a):

> "(a) Citizens...of any foreign government which accords to citizens of the United States the right to prosecute claims against their government in its courts may sue the United States..."

c. The citizens of the organic republic of the United States of America accords the citizens of the United States the right to prosecute claims against their government in the Common Law Court of the United States of America.

d. This is a choice of law proceeding in which the plaintiff is claiming a right to litigate without the United States under the laws of the United States of America. The claim is founded on Title 28, U.S.C., section 1746 (1):

> "If executed without the United States, its territories, possessions, or commonwealths....under the laws of the United States of America...."

e. The plaintiff is prosecuting full faith and credit to the common law judgment founded on Title 28, U.S.C., section 1652:

> "The laws of the several states....shall be regarded as rules of decision in civil actions in the courts of the United States, in cases where they apply."

And in the revision notes:

> "Civil actions" was substituted for "trials at common law"..."

f. The common law judgment will be entered herein in support as rules of decisions in this proceeding.

g. The plaintiff is claiming jurisdictional immunity from the courts of the United States and the States as founded on the Constitution of the United States Amendment XI as the petitioner is a citizen of a foreign state prosecuting an action at law against the United States and one of the United States. The Amendment XI immunity being claimed is:

> "The Judicial power of the United States shall not be construed to extend to any suit in law...prosecuted against one of the United States by Citizens... of any Foreign State."

h. The notice of intent to use foreign law is founded in RCFC Rule 44.1:

> "A party who intends to raise an issue concerning the law of a foreign country shall give notice by pleadings and other reasonable written notice."

i. The other applicable federal law is founded on Title 28, U.S.C., section 1652 which stipulates the following mandatory relief:

> "The laws of the several states, except where the Constitution or treaties of the United States or Acts of Congress otherwise require or provide, shall be regarded as rules of decision in civil actions in the courts of the United States, in cases where they apply."

j. The documentary evidence from common law is authorized by the Federal Rules of Evidence 902 (3):

> "A document purporting to be...attested in an official capacity by a person authorized by the laws of the foreign country to the make the...attestation, and accompanied by a final certification as to the genuineness of the signature and the official position.... of the...attesting person..."

and Rule 901(1). Methods provided by statute or rule:

> "Any method of authentication...provided by Act of Congress... pursuant to statutory authority."

The statutory authority is Title 28, section 1746 (1):

> "If executed without the United States:....under the laws of the United States of America....".

III.

OWNERSHIP OF THE CLAIM

a. The ownership of this claim is based on the condition precedent that the petitioner has abrogated United States citizenship in a choice of law domicile proceeding in a common law state and by litigating that issue.

b. The privilege of a common law trial was acquired by the petitioner by declaring allegiance to the laws of the United States of America. The claim is founded on Title 8, U.S.C., section 1481 (a)(1):

> "A person who is a national of the United States...shall lose his nationality by voluntarily performing any of the following acts with the intention of relinquishing United States nationality - (1) obtaining naturalization in a foreign state upon his own application..."

c. This was a voluntary act performed for the purpose of living under the common law.

d. This act was done without the United States in the United States of America.

e. The evidence of the transfer of the claim is in the domicile proceeding filed in the common law court of the United States of America.

Executed on this 22nd day of September, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, La. 70508
Tel: 337 857-9094
Fax: 337 857-9096

7003 1010 0003 5568 8922

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

WASHINGTON DC 20224

| | | |
|---|---|---|
| Postage | $ 1.75 | UNIT ID: 0808 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: BD17ZB |
| Total Postage & Fees | $ 5.80 | 09/18/03 |

The Honorable Mark W. Everson
Commisioner, Internal Revenue Service
U.S. Department of the Treasury
1111 Constitution Avenue, NW
Washington, D.C. 20224

Holt-3115-1999

Instructions

7003 1010 0003 5568 8908

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

OGDEN, UT 84201

| | | |
|---|---|---|
| Postage | $ 1.06 | UNIT ID: 0808 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: BD17ZB |
| Total Postage & Fees | $ 5.11 | 09/18/03 |

Department of Treasury
Internal Revenue Service
Ogden, UT 84201

Holt-Amended 1040-1999

Instructions

OGDEN UT 84201-0030

In reply refer to: 0469147129
Apr. 28, 2003 LTR 105C
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 199912 30 000 1
00046

TIMOTHY W HOLT
% RICHARD FUSELIER
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

CERTIFIED MAIL

Taxpayer Identification Number: 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
Kind of Tax: Income
Amount of Claim(s): $ 18,664.00

Date Claim(s) Received: July 29, 2002
Tax Period(s): Dec. 31, 1999

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

You based your claim on your view that wages and salary don't constitute taxable income. The U.S. Tax Court and other federal courts have rejected this argument repeatedly and have held that wages and salary are taxable income reportable at the full amount received.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties of perjury. You may do this by adding the following statement and signing it:

0469147129
Apr. 28, 2003 LTR 105C
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 199912 30 000 1
00047

TIMOTHY W HOLT
% RICHARD FUSELIER
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

"Under penalties of perjury, I declare that the facts present on my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

An attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service may represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written authorization) to your written statement.

If your authorized representative prepares the written statement, he or she should include a declaration stating that he or she prepared the written statement and accompanying documents and whether he or she knows personally that the protest and accompanying documents are true and correct.

Please mail your request for an appeal to the address shown on this letter.

If you want to sue to recover tax, penalties, or other amounts, you may file a lawsuit with the United States District Court having jurisdiction or with the United States Court of Federal Claims. These courts are independent bodies and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the mailing date of this letter. If you decide to appeal our decision first, the 2-year period still begins from the mailing date of this letter. However, if you signed an agreement that waived your right to the notice of disallowance (Form 2297), the period for filing a lawsuit began on the date you filed the waiver.

If you have any questions, please call us toll free at 1-800-829-8374.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number (     )____________________________ Hours___________________

0469147129
Apr. 28, 2003 LTR 105C
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 199912 30 000 1
00048

TIMOTHY W HOLT
% RICHARD FUSELIER
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

Sincerely yours,

Timothy A. Towns

Timothy A. Towns
Acting Field Dir., Compliance Svcs.

Enclosure(s):
Publication 1

**Compensation Consultants Inc.**
304 La Rue France, Suite 102
Lafayette, LA 70508
Tel: 337 234-1403
Fax: 337 593-8004

September 18, 2003

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201

Reference: Amended 1040
Timothy W. Holt
P. O. Box 18094
Raytown, MO 64133
Social Security Number: 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

To Whom It May Concern;

The above mentioned party has contracted with Compensation Consultants Inc. for representation in certain tax matters. A copy of IRS Form 2848 - Power of Attorney and Declaration of Representation is enclosed. This is notification of the representation and a request for the following:

File the enclosed Amended Form 1040 and Amended 1040X for the period ending 12-31-1999.

Please let me know if you have any questions concerning this matter.

Sincerely,

Richard Fuselier
Compensation Consultants Inc.

Enclosures:
1. Copy of Form 2848 - Power of Attorney and Declaration of Representation.
2. Copy of taxpayer's 1999 Amended 1040.
3. Copy of taxpayer's 1999 Amended 1040X, Schedule A.
4. Copy of of Form 8275 - Disclosure Statement.
5. Copy of Form 3115 - Application For Change In Accounting Method for year ending 1999.
6. Affidavit of Change in Accounting.
7. Affidavit for Reasons for Change In Accounting

Certified Mail Receipt: 7003 1010 0003 5568 8908

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1999** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning , 1999, ending , OMB No. 1545-0074

**Label** (See instructions on page 18.) **Use the IRS label.** Otherwise, please print or type.

| LABEL HERE | | | |
|---|---|---|---|
| Your first name and initial: Timothy W. | Last name: Holt | | Your social security number: 497 : 66: 1979 |
| If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 18. P.O. Box 18094 | | Apt. no. | **IMPORTANT!** You **must** enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 18. Raytown, MO 64133 | | | |

**Presidential Election Campaign** (See page 18.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | x |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note.** Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1. [x] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

## Exemptions

6a [x] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a — No. of boxes checked on 6a and 6b: 1

b [ ] **Spouse**

c **Dependents:**

If more than six dependents, see page 19.

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of your children on 6c who: • lived with you; • did not live with you due to divorce or separation (see page 19); Dependents on 6c not entered above

d Total number of exemptions claimed — Add numbers entered on lines above ▶ 1

## Income

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 65,056 |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 527 |
| b | **Tax-exempt** interest. DO NOT include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 1,038 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 | 144 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 0 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a; b Taxable amount (see page 22) | 15b | 0 |
| 16a | Total pensions and annuities — 16a 0; b Taxable amount (see page 22) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | 0 |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a; b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount (see page 24) Lafarge Non Compete | 21 | 180,000 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 246,765 |

## Adjusted Gross Income

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 23 | IRA deduction (see page 26) | 23 | 0 | | |
| 24 | Student loan interest deduction (see page 26) | 24 | | | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | 0 | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | 0 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 0 | | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | 0 | | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | 0 | | |
| 30 | Penalty on early withdrawal of savings | 30 | 0 | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | 0 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | | 33 | 246,765 |

Form 1040 (1999) Timothy W. Holt 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 Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | | 34: 246,765 |
| 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | 0 | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ 35b ☐ | | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | 36: 272,106 |
| 37 | Subtract line 36 from line 34 | | 37: -25,341 |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | | 38: 55 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 39: 0 |
| 40 | **Tax** (see page 31). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | | 40 |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| 43 | Child tax credit (see page 33) | 43 | |
| 44 | Education credits. Attach Form 8863 | 44 | |
| 45 | Adoption credit. Attach Form 8839 | 45 | |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46: 0 | |
| 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 47: 0 | |
| 48 | Add lines 41 through 47. These are your **total credits** | | 48: 0 |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | | 49: 0 |

**Standard Deduction for Most People**
Single: $4,300
Head of household: $6,350
Married filing jointly or Qualifying widow(er): $7,200
Married filing separately: $3,600

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | 50: 0 |
| 51 | Alternative minimum tax. Attach Form 6251 | 51: 0 |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52: 0 |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53: 0 |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54: 0 |
| 55 | Household employment taxes. Attach Schedule H | 55: 0 |
| 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56: 0 |

## Payments

| Line | Description | | Amount |
|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57: 13,688 | |
| 58 | 1999 estimated tax payments and amount applied from 1998 return | 58: 0 | |
| 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child | 59a: 0 | |
| b | Nontaxable earned income: amount ▶ and type ▶ | | |
| 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| 61 | Amount paid with request for extension to file (see page 48) | 61: 0 | |
| 62 | Excess social security and RRTA tax withheld (see page 48) | 62: 4,033 | |
| 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63: 943 | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | | 64: 18,664 |

## Refund

Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d.

| Line | Description | | Amount |
|---|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | | 65: 18,664 |
| 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | | 66a: 18,664 |
| b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| d | Account number | | |
| 67 | Amount of line 65 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** ▶ | 67: 0 | |

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE**. For details on how to pay, see page 49 ▶ | | 68 |
| 69 | Estimated tax penalty. Also include on line 68 | 69: 0 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 18. Keep a copy for your records.

Your signature: [signature] Date: 9/4/2003 Your occupation: Work [illegible] Daytime telephone number (optional) ( )

Spouse's signature. If a joint return, BOTH must sign. Date Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature: [signature] Date: 9/17/03 Check if self-employed ☐ Preparer's SSN or PTIN: 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

Firm's name (or yours if self-employed) and address: Compensation Consultants, Inc. 304 La Rue France Ste 102 Lafayette La EIN ZIP code 70508

Form **1040** (1999)

Form **1040X** (Rev. November 1999)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

This return is for calendar year ▶ 1999 , OR fiscal year ended ▶

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Timothy W, | Holt | 497 : 66 : 1979 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: P. O. Box 18094 | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: Raytown, MO 64133 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here . . . . . . . ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| Income and Deductions (see pages 2–5) | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 246,765 | 0 | 246,765 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 272,106 | -6,203 | 265,903 |
| 3 Subtract line 2 from line 1 | 3 | -25,341 | -6,203 | -19,138 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 55 | 0 | 55 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | -25,396 | -6,203 | -19,193 |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C Tables | 6 | 0 | 0 | 0 |
| 7 Credits (see page 4) | 7 | 0 | 0 | 0 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 0 | 0 | 0 |
| 9 Other taxes (see page 4) | 9 | 0 | 0 | 0 |
| 10 Total tax. Add lines 8 and 9 | 10 | 0 | 0 | 0 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 17,721 | 944 | 18,665 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 0 | 0 |
| 13 Earned income credit | 13 | 0 | 0 | 0 |
| 14 Additional child tax credit from Form 8812 | 14 | 0 | 0 | 0 |
| 15 Credits from Form 4136 or Form 2439 | 15 | 943 | -943 | 0 |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 0 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 0 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 18,665 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 0 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 18,665 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 18,665 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | | | 18,665 |
| 24 Amount of line 22 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** | 24 | 0 | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

[signature] 9/4/2003
Your signature Date

Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address: Compensation Consultants, Inc. 304 La Rue France Ste 102 Lafayette, La | | EIN | ZIP code 70508 |

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25-31.
If claiming **fewer exemptions,** complete lines 25-30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . Caution. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | 0 | |
| 26 | Your dependent children who lived with you . . . . . . . . | 26 | | 0 | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . | 27 | | 0 | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . | 28 | | 0 | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . | 29 | 0 | 0 | 0 |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | 0 | 0 | 0 |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note.** For tax years after 1997, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.

| (a) First name Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
- lived with you . . ▶ ☐
- **did not** live with you due to divorce or separation (see page 5) . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here . . . . . ▶ ☐

Please see attached Form 8275 - Disclosure Statement to supplement the claim.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . ▶ ☐

**SCHEDULES A&B (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Schedule A— Itemized Deductions

(Schedule B is on back)

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

**1999** Attachment Sequence No. **07**

Name(s) shown on Form 1040: Timothy W. Holt

Your social security number: 497 : 66 : 1979

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 0 | | |
| | 2 | Enter amount from Form 1040, line 34 . 2 0 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 0 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | 2,607 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 0 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | 0 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 2,607 |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 0 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | 0 | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | 0 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 0 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 24,443 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **MUST** attach Form 8283 if over $500 | 16 | 0 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 24,443 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | 0 | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 | 0 | | |
| | 23 | Add lines 20 through 22 | 23 | 0 | | |
| | 24 | Enter amount from Form 1040, line 34 . 24 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 0 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-6. List type and amount ▶ 245,056 A necessary expense for the production of income founded on Title 26,USC,section 212 (1) | | | 27 | 245,056 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☐ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 272,106 |

Amended Return

# Disclosure Statement

(Rev. May 2001)

Department of the Treasury
Internal Revenue Service

Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement.
See separate instructions.

▶ Attach to your tax return.

Attachment Sequence No. 92

Name(s) shown on return: Timothy W. Holt — Tax Period Ending 12-31-1999

Identifying number shown on return: 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

**Part I** General Information (see instructions)

| | (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|---|
| 1 | Title 26, Section 212(1) | Deduction | A necessary expense for the production of income. | Sch A | 27 | $245,056.00 |
| 2 | | | | | | |
| 3 | | | | | | |

**Part II** Detailed Explanation (see instructions)

1 The law for this claim and the deducton is founded on Title 26, U.S.C., section 212(1):

"In the case of an individual, there shall be allowed as a deduction all the ordinary and necessary expenses...

incurred during the taxable year - 1) for the production of income;"

2

3

**Part III** **Information About Pass-Through Entity.** To be completed by partners, shareholders, beneficiaries, or residual interest holders.

**Complete this part only if you are making adequate disclosure for a pass-through item.**

**Note:** *A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company (RIC), real estate investment trust (REIT), or real estate mortgage investment conduit (REMIC).*

1 Name, address, and ZIP code of pass-through entity

2 Identifying number of pass-through entity

3 Tax year of pass-through entity
/ / to / /

4 Internal Revenue Service Center where the pass-through entity filed its return

**Part IV** **Explanations** *(continued from Parts I and/or II)*

**Continued from Part II, Item 1:**

**The expense is founded on Title 26, U.S.C., section 1341 (a)(5)(B) which allows a deduction on a 1040 using prior revenue laws. The section stipulates the prior law is IRS Code of 1939, Chapter 1.**

**The deduction under prior law is founded on Chapter 1, subchapter B, section 23 which is compensation for personal services actually rendered.**

Form **3115** (Rev. May 1999) Department of the Treasury Internal Revenue Service

# Application for Change in Accounting Method

▶ See page 1 of the instructions for the Automatic Change Procedures.

OMB No. 1545-0152

| | |
|---|---|
| Name of applicant (If a joint return is filed, also give spouse's name.) Timothy W. Holt | Identification number (See page 3 of the instructions.) 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 |
| Number, street, and room or suite no. (If a P.O. box, see page 3 of the instructions.) P. O. Box 18094 | Tax year of change begins (mo., day, yr.) and ends (mo., day, yr.) 01/01/1999 12/31/1999 |
| City or town, state, and ZIP code Raytown, MO 64133 | District director's office having jurisdiction Ogden, UT 84201 |
| Name of person to contact (If not the applicant, a power of attorney must be submitted.) Richard Fuselier | Contact person's telephone number/Fax number ( 337 ) 234-1403 / ( 337 ) 593-8004 |

**Check the appropriate box to indicate who is filing this form.**

- ☑ Individual
- ☐ Corporation
- ☐ Cooperative (Sec. 1381)
- ☐ Qualified Personal Service Corporation (Sec. 448(d)(2))
- ☐ Exempt organization. Enter code section ▶
- ☐ Partnership
- ☐ S Corporation
- ☐ Insurance Co. (Sec. 816(a))
- ☐ Insurance Co. (Sec. 831)
- ☐ Other (specify) ▶

**Check the appropriate box to indicate the type of accounting method change being requested.** (See page 3 of the instructions.)

- ☐ Depreciation or Amortization
- ☐ Financial Products and/or Financial Activities of Financial Institutions
- ☑ Other (specify) ▶ Deduction without time limit.

**Part I** **Eligibility To Request Change** (All applicants complete Parts I through IV.) (See page 2 of the instructions.)

| | | Yes | No |
|---|---|---|---|
| 1 | Is the applicant changing its method of accounting under a revenue procedure or other published guidance that provides for an automatic change? (See page 1 of the instructions.) | ✔ | |
| | If "Yes," enter the citation of the revenue procedure or other published guidance ▶ Publication 538 | | |
| 2 | Is the applicant changing its method of accounting under sections 263A, 447, 448, 460, or 585(c) for the first tax year the applicant is required to change? | | ✔ |
| | If "Yes," the applicant is required to make the change in accounting method under the automatic change procedures set forth in the applicable regulations. | | |
| 3a | Does the applicant have any Federal income tax returns under examination by the IRS? See section 3.07 of Rev. Proc. 97-27, 1997-1 C.B. 680 | | ✔ |
| | If "Yes," complete line 3b. | | |
| b | Is the method of accounting the applicant is requesting to change: (i) an issue under consideration or (ii) an issue placed in suspense by the examining agent(s)? See sections 3.08(1) and 6.01 of Rev. Proc. 97-27. | | |
| | If "Yes," the applicant is not eligible to request the change in accounting method. If "No," complete lines 3c through 3e. | | |
| c | Indicate the "window period" the applicant is filing under or state if the change is being requested with the consent of the district director. ▶ See section 6.01 of Rev. Proc. 97-27. | | |
| d | Has a copy of this Form 3115 been provided to the examining agent(s) for all examinations that are in process? See section 6.01 of Rev. Proc. 97-27. | | ✔ |
| e | Enter the name(s) and telephone number(s) of the examining agent(s). ▶ See section 6.01 of Rev. Proc. 97-27. | | |
| 4a | Is the applicant before an appeals office with respect to any Federal income tax return issue? | | ✔ |
| | If "Yes," complete line 4b. | | |
| b | Is the method of accounting the applicant is requesting to change an issue under consideration by the appeals office? See sections 3.08(2) and 6.02 of Rev. Proc. 97-27 | | |
| | If "Yes," the applicant is not eligible to request the change in accounting method. If "No," complete lines 4c and 4d. | | |
| c | Has a copy of this Form 3115 been provided to the appeals officer? See section 6.02 of Rev. Proc. 97-27 | | |
| d | Enter the name and telephone number of the appeals officer. ▶ See section 6.02 of Rev. Proc. 97-27. | | |

## Signature—All Applicants *(See page 3 of the instructions.)*

**Under penalties of perjury, I declare that I have examined this application, including accompanying documents, and, to the best of my knowledge and belief, the application contains all the relevant facts relating to the application, and such facts are true, correct, and complete. Declaration of preparer (other than applicant) is based on all information of which preparer has any knowledge.**

**Applicant**

[signature] 9/3/2003

**Officer's signature and date**

Timothy W. Holt

**Name and title (print or type)**

**Signature(s) of individual or firm preparing the application and date**

**Parent corporation (if applicable)**

**Parent officer's signature and date**

**Name and title (print or type)**

Compensation Consultants, Inc.

**Name of firm preparing the application**

**For Privacy Act and Paperwork Reduction Act Notice, see page 1 of the instructions.** Cat. No. 19280E Form **3115** (Rev. 5-99)

## Part I Eligibility To Request Change (continued)

| | Yes | No |
|---|---|---|
| **5a** Is the applicant before a Federal court with respect to any Federal income tax issue? If "Yes," complete line 5b. | | ✔ |
| **b** Is the method of accounting the applicant is requesting to change an issue under consideration by the Federal court? See sections 3.08(3) and 6.03 of Rev. Proc. 97-27. If "Yes," the applicant is not eligible to request the change in accounting method. If "No," complete lines 5c and 5d. | | ✔ |
| **c** Has a copy of this Form 3115 been provided to the counsel for the government? See section 6.03 of Rev. Proc. 97-27. | | ✔ |
| **d** Enter the name and telephone number of the counsel for the government. ▶ ________ See section 6.03 of Rev. Proc. 97-27. | | |
| **6a** Is the applicant a member of an affiliated group filing a consolidated return for the year of change? | | ✔ |
| **b** If "Yes," attach a statement listing the parent corporation's (1) name, (2) identification number, (3) address, and (4) tax year. | | |
| **c** Has the applicant ever been a member of a consolidated group other than the current group? If "Yes," complete line 6b for each group of which the applicant was formerly a member. | | |
| **d** If the applicant is (or was formerly) a member of a consolidated group, is any consolidated group under examination, before an appeals office, or before a Federal court for a tax year(s) that the applicant was a member of the group? See sections 3.07(1) and 4.02(5) of Rev. Proc. 97-27. If "Yes," complete lines 3b through 3e, 4b through 4d, or 5b through 5d (whichever are applicable). | | |
| **7** If the applicant is an entity (including a limited liability company) treated as a partnership or an S corporation for Federal income tax purposes, is the method of accounting the applicant is requesting to change an issue under consideration in an examination of a partner, member, or shareholder's Federal income tax return or an issue under consideration by an appeals office or by a Federal court with respect to a partner, member, or shareholder's Federal income tax return? See sections 3.08 and 4.02(6) of Rev. Proc. 97-27. If "Yes," the applicant is not eligible to request the change in accounting method. | | ✔ |

## Part II Description of Change

| | Yes | No |
|---|---|---|
| **8** Is the applicant requesting to change its **overall** method of accounting? | | ✔ |

If "Yes," check the appropriate boxes below to indicate the applicant's present and proposed methods of accounting. Also complete Schedule A on page 4 of the form.

**Present method:** ☐ Cash ☐ Accrual ☐ Hybrid (attach description)

**Proposed method:** ☐ Cash ☐ Accrual ☐ Hybrid (attach description)

**9** If the applicant is **not** changing its overall method of accounting, attach a description of each of the following:

**a** The item being changed.

**b** The applicant's present method for the item being changed.

**c** The applicant's proposed method for the item being changed.

**d** The applicant's present overall method of accounting (cash, accrual, or hybrid).

**10** Attach an explanation of the legal basis supporting the proposed method for the item being changed. Include all authority (statutes, regulations, published rulings, court cases, etc.) supporting the proposed method. The applicant is encouraged to include a discussion of any authorities that may be contrary to the proposed method.

**11** Attach a description of the applicant's trade or business, including the goods and services it provides and any other types of activities it engages in that generate gross income.

**12** Attach a copy of all documents directly related to the proposed change. (See page 3 of the instructions.)

**13** Attach a statement of the applicant's reasons for the proposed change.

**14a** Attach an explanation of whether the proposed method of accounting will be used for the taxpayer's books and records and financial statements. (Insurance companies, see page 3 of the instructions.)

**b** Attach an explanation of whether the proposed method of accounting conforms to generally accepted accounting principles (GAAP) and to the best accounting practice in the applicant's trade or business.

| | Yes | No |
|---|---|---|
| **15a** Does the applicant have more than one trade or business as defined in Regulations section 1.446-1(d)? | | ✔ |
| **b** If "Yes," is each trade or business accounted for separately? If "Yes," for each trade or business, attach a description of the type of business, the overall method of accounting, whether the business has changed any accounting method in the past 4 years, and whether the business is changing any accounting method as part of this application or as a separate application. | | |
| **16** If the applicant is a member of an affiliated group filing a consolidated return for the year of change, do all other members of the consolidated group use the proposed method of accounting for the item being changed? If "No," attach an explanation. | | ✔ |

**17** If the applicant is changing to the cash method, or to the inventory price index computation (IPIC) method under Regulations section 1.472-8(e)(3), or is changing its method of accounting under sections 263A, 448, or 460, enter the gross receipts for the 4 tax years preceding the year of change. (See page 3 of the instructions.)

| 1st preceding year ended: mo. yr. | 2nd preceding year ended: mo. yr. | 3rd preceding year ended: mo. yr. | 4th preceding year ended: mo. yr. |
|---|---|---|---|
| $ | $ | $ | $ |

## Part II Description of Change (continued)

**18** Attach a statement addressing whether the applicant has entered (or is considering entering) into a transaction to which section 381(c)(4) or (c)(5) applies (e.g., a reorganization or merger) during the tax year of change determined without regard to any (potential) closing of the year under section 381(b)(1). Also include in the statement an explanation of any changes in method of accounting that resulted (or will result) from the transaction(s).

## Part III Section 481(a) Adjustment

| | | Yes | No |
|---|---|---|---|
| **19** | Enter the net section 481(a) adjustment for the year of change. Indicate whether the adjustment is an increase (+) or a decrease (-) in income. ▶ $ ________ | | |
| **20** | Has the section 481(a) adjustment been reduced by a pre-1954 amount? | | |
| **21a** | If the section 481(a) adjustment is less than $25,000 (positive or negative), does the applicant elect to take the entire amount of the adjustment into account in the year of change? | | |
| **b** | If "No," (or if the applicant declines to elect to take the entire amount of the adjustment into account in the year of change), enter the applicable period over which the applicant proposes to take the adjustment into account. ▶ ________ | | |
| **22** | Is any part of the section 481(a) adjustment attributable to transactions between members of an affiliated group, a controlled group, or other related parties? If "Yes," attach an explanation. | | |

## Part IV Additional Information

| | | Yes | No |
|---|---|---|---|
| **23** | Has the applicant, its predecessor, or a related party requested or made (under either an automatic change procedure or a procedure requiring advance consent) a change in accounting method or accounting period in the past 4 years? If "Yes," attach a description of each change and the year of change. If the application was withdrawn, not perfected, or denied, or if a Consent Agreement was sent to the taxpayer but was not signed and returned to the IRS, or if the change was not made, include an explanation. | | ✔ |
| **24** | Does the applicant, its predecessor, or a related party currently have pending any request for a private letter ruling, a request for change in accounting method or accounting period, or a request for technical advice? If "Yes," for each request, indicate the name(s) of the taxpayer, the type of request (private letter ruling, request for change in accounting method or accounting period, or request for technical advice), and the specific issue in the request. | | ✔ |
| **25** | Has the applicant attached **Form 2848,** Power of Attorney and Declaration of Representative? (See the instructions for line 25 and "Person To Contact" on page 3 of the instructions.) | ✔ | |
| **26** | Does the applicant request a **conference of right** at the IRS National Office if the IRS proposes an adverse response? | | ✔ |
| **27** | Enter the amount of **user fee** attached to this application. ▶ $ ________ (See page 2 of the instructions.) | | |
| **28** | If the applicant qualifies for a reduced user fee for identical accounting method changes, has the information required by section 15.07 of Rev. Proc. 99-1, 1999-1 I.R.B. 6, been attached? | | |

United States

AFFIDAVIT OF CHANGE IN ACCOUNTING

I hereby aver the following:

My name is Richard Fuselier. I am over 18 years of age, of sound mind, and have not been convicted of any crime or offense which would render me incompetent to testify. I have personal knowledge that the following facts are true:

1) This is an application for an automatic change in accounting method for:

Timothy W. Holt
P.O. Box 18094
Raytown, MO 64133
Tel: 816 507-6705
Social Security No: 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

2) The item being changed is a deduction.

3) The present method is that the deduction is being waived.

4) The change is being made by making an election to itemize a necessary expense for the production of the income for the purpose of claiming a not for profit election (see forms attached for election claim).

5) The applicant's present overall accounting method of accounting is cash and for profit.

6) The law requiring the application is Title 26, U.S.C., section 446 and 26 CFR 601.204.

7) The law used in support is:

(a) The automatic adjustment is founded on Publication 538 which stipulates that approval is not required for an adjustment of deduction that does not involve the proper time for deducting it.

(b) The not for profit election and deduction being claimed is founded upon the law in the Form 8275 hereto attached and adopted herein by reference.

(c) The laws do not involve the proper time for deduction.

8) The claim for relief is that the deduction allowed under the prior revenue laws i s a necessary expense for the production of the income.

9) The applicant further avers that he has studied the court cases concerning this issue and the decisions are all related to compensation for personal services as an item of income and not as a deduction from income.

10) The applicant further avers that he can find no cases in which the court addresses the issue of a deduction from income.

11) The applicant further avers that the claim is being made under section 212(1) and that no cases have been found involving this claim for relief.

12) The applicant further states the N/A on the attached application stipulates that the question does not apply as this is an automatic change request not requiring permission of the IRS.

13) The forms for report the deduction and not for profit activity are hereto attached and adopted herein by reference.

Under the penalties of perjury, I declare that I examined the facts stated in this affidavit, including any accompanying documents, and, to the best of my knowledge and belief, they are true and correct.

Executed on the 18th day of September, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508

UNITED STATES

## AFFIDAVIT FOR REASONS FOR CHANGE IN ACCOUNTING

I hereby aver the following:

My name is Timothy W. Holt, I am over 18 years of age, of sound mind, have not been convicted of any crime or offense which would render me incompetent to testify. I have personal knowledge that the following facts are true:

1) The purpose of this change is to claim an election to not engage in a for profit activity on compensation for personal labor actually rendered for the following party(s):

Timothy W. Holt
P. O. Box 18094
Raytown, MO 64133
Social Security No: 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
Telephone No: 816-507-6705

2) The authority to make the election on a Form 1040 is founded in Title 26, U.S.C., section 63.

3) The not for profit election is executed by claiming compensation for personal services actually rendered as a necessary expense for the production of income as an itemized deduction.

4) The tax payer is also claiming an election to itemize herein.

Under the penalties of perjury, I declare that I examined the facts stated in this affidavit, including any accompanying documents, and, to the best of my knowledge and belief, they are true and correct.

Executed on the 4 TH day of September 2003.

[signature]
Timothy W. Holt
P. O. Box 18094
Raytown, MO 64133

UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1988T
JUDGE ERIC G. BRUGGINK

RICHARD FUSELIER, Plaintiff

vs

THE UNITED STATES, Defendant

PLEADING SPECIAL MATTERS #2 AND PLAINTIFFS EXHIBIT # 2

The authority for this pleading is RCFC 9 (c), (h)(1),(2) and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ADMINISTRATIVE PROCEEDING FOR A DEDUCTION

A tax claim exists within the IRS. This is an administrative action to claim a deduction. The cause and effect are these:

a. This is a refund action for the tax year 1999.

b. The election was made to itemize a deduction.

c. The tax identification number of the individual is 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.

e. The original request for the refund was filed on July 22, 2002 at the Internal Revenue Service Center, P.O. Box 24017, Fresno, CA 93779.

f. The determination issued on March 1, 2003.

g. An amended filing was filed on September 17, 2003.

h. The IRS lacks statutory authority to review the refund determination.

II.
CITATION OF STATUTES & REGULATIONS FOR ELECTION CLAIMED

a. The statutory authority to make the election to itemize on a form 1040 is founded in

Title 26, U.S.C., section 63 (e)(2):

> "Any election under this subsection shall be made on the taxpayer's return,..."

b. The deduction being taken is an activity not engaged in for profit founded on Title 26, section 183 (1).

> "the deductions which would be allowable under this chapter for the taxable year..."

c. The claim for relief being litigated herein is founded on Title 26, section 212 (1):

> "In the case of an individual, there shall be allowed as a deduction all the ordinary and necessary expenses...incurred during the taxable year - (1) for the production...of income;"

d. The intent of the taxpayer is to claim that the deduction founded on Title 26, section 1341(a)(5)(B) using prior revenue laws:

> "...or the corresponding provisions of prior revenue laws..."

f. The intent of Congress claimed is founded in Title 26, C.F.R., § 1. 211 which mandates the IRS to follow this procedure:

> "In computing taxable income under section 63 (a), the deduction provided by sections 212...shall be allowed..."

g. The failure of the secretary to act in an official capacity under this section (212) resulted in this suit and claim for relief.

h. The plaintiff is seeking judicial review of an "omission" or failure of the secretary to act. The application civil right is founded on Title 5, U.S.C., § 702:

> "If no special statutory review proceeding is applicable..."

i. The request for judicial review is based on the claim that no statutory review process exist. The claim is founded on Title 5, U.S.C., § 703:

"no statutory review proceeding is available;"

j. The relief sought from this court in founded on Title 5, U.S.C., section 706 (2) and (2)(A):

"hold unlawful and set aside agency action...not in accordance with law"

III.
OWNERSHIP OF CLAIM

The party shown has ownership of a claim on money due to the following conditions precedent:

a. The plaintiff has executed a power of attorney with the taxpayer.

b. The consideration was made on March 26, 2003.

c. The plaintiff is restrained from claiming the funds authorized by Title 26, U.S.C., § 7430.

d. The action by the plaintiff is to assert this ownership.

Executed on this 22nd day of September, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
Tel: 337 857-9094
Fax: 337 857-9096

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has been caused to be served on the United States by mailing a copy thereof, in a postage paid envelope, the following address.

United States Department Of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20004

Att: Robert N. Dorosin, Esquire

Executed on this 22nd day of September, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
337 857-9094
Fax 337 857-9096