ORIGINAL

# In the United States Court of Federal Claims

No. 03-1988T
(Filed: November 21, 2003)

FILED
NOV 21 2003
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * *

RICHARD FUSELIER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's October 21, 2003 motion to dismiss the complaint for lack of jurisdiction. In lieu of a response, plaintiff filed a "Notice of Dismissal" on November 17, 2003 pursuant to RCFC 41(a)(1). Plaintiff is entitled under that rule to voluntarily dismiss in view of the fact that there has not been an answer or motion for summary judgment. Accordingly, the clerk is directed to enter judgment dismissing the action without prejudice. Each side to bear its own costs.

ERIC G. BRUGGINK
Judge