ORIGINAL

# In the United States Court of Federal Claims

No. 03-1988 T

FILED
NOV 21 2003
U.S. COURT OF FEDERAL CLAIMS

**RICHARD FUSELIER,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed November 21, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice. Each side to bear its own costs.

Brian Bishop
Acting Clerk of Court

**November 21, 2003**

By: [signature]

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.