ORIGINAL

**UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET # 03-1988T

JUDGE Bruggink

FILED
NOV 17 2003
U.S. COURT OF FEDERAL CLAIMS

RICHARD FUSELEIR
Plaintiff

vs

UNITED STATES
Defendant

---

## NOTICE OF DISMISSAL

The notice is authorized by RCFC 41 (a)(1) and the court is shown the following in support:

This is a notice of dismissal due to defective allegations of jurisdiction and of intent to file an amended 1040 to correct the claim.

Executed this 10th day of November, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
Tel: 337 234-1403
Fax: 337 593-8004

10

## CERTIFICATE OF SERVICE

UNITED STATES

I hereby affirm that a copy of the foregoing was caused to be served by delivering a copy of the same by a method requiring signature, postage paid and properly addressed to the following parties:

Respondent

Robert N. Dorosin, Esquire
U.S. Department of Justice
Tax Division
Court Of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

I declare under the penalties of perjury that the foregoing is true and correct.

Executed on this 10th day of November, 2003.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508
Tel: 337 234-1403
Fax: 337593-8004